# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN STUGART, | : | No.: 4:17-CV-0708 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| NANCY BERRYHILL, | : | (Magistrate Judge Carlson) |
| *Acting Commissioner of Social Security*, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 18th day of July 2018, having conducted a *de novo* review, and no opposition having been filed in response to the Report and Recommendation of the magistrate judge **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Martin E. Carlson's June 22, 2018 Report and Recommendation, ECF No. 14, is **ADOPTED** in full.

2. The decision of the Commissioner of Social Security is **AFFIRMED**.

3. Final Judgment is entered in favor of Defendant and against Plaintiff pursuant to Fed. R. Civ. P. 58 and sentence four of 42 U.S.C. § 405(g).

4. The Clerk is directed to close the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge